IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Motive Power & Equipment Solutions, Inc. | ) ) ) | C/A. No.: 6:07-CV-01147-GRA |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER (Written Opinion) |
| Algoma Steel, Inc., and Key Equipment Finance Canada, Ltd. | ) ) ) | |
| Defendants. | ) ) | |

At a hearing on November 26, 2007, this Court instructed counsel for Algoma Steel to file a brief explaining why this Court should not order Rule 11 sanctions for the contents of a November 20, 2007 letter. The letter in question attempted to waive and reserve objections to the plaintiffs' amended complaint. (*See* Docket Entry 94-1) As instructed, counsel provided a timely explanation.

The Court initially believed counsel's November 20, 2007 letter to be either a dilatory tactic or an attempt to avoid an impending hearing. However, after reading counsel's brief, it appears that the confusion in this letter was nothing more than poor draftsmanship in a letter to opposing counsel. Therefore, this Court finds that sanctions are not necessary.

IT IS THEREFORE SO ORDERED THAT the issue of sanctions related to counsel's November 20, 2007 letter be DISMISSED.

[signature block on next page]

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

April 17, 2008
Anderson, South Carolina