IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Motive Power & Equipment Solutions, Inc. | ) ) ) | C.A. No. 6:07-CV-01147-GRA |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** (Written Opinion) |
| Algoma Steel, Inc., and Key Equipment Finance Canada, Ltd. | ) ) ) | |
| Defendants. | ) ) | |

This matter comes before the Court on a Motion to Compel Settlement and for Issuance of Rule to Show Cause by Motive Power & Equipment Solutions Inc. The movant has informed the Court that the problems addressed in their motion have been resolved. Thus, the Court will dismiss the pending motion as moot. However, this order does not serve as a bar for either party to seek to compel compliance with the settlement agreement should the need arise in the future.

IT IS THEREFORE ORDERED THAT Motive Power's Motion to Compel Settlement and for Issuance of Rule to Show Cause DISMISSED as moot.

**IT IS SO ORDERED.**

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
January 6, 2009